AUSA:     Diane Princ                                       Telephone:  (313) 226-9100
AO 91 (Rev. 11/11)  Criminal Complaint              Special Agent:     David Alley          Telephone:  (313) 226-0500

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Michigan

United States of America

   v.

John FELKINS

Case No.

Case: 2:23−mj−30269
Assigned To : Unassigned
Assign. Date : 6/29/2023
CMP USA V FELKINS (LH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____June 28, 2023_____ in the county of _____St. Clair_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2252A(a)(2) | Receive/distribute material that contains child pornograpjhy mailed/shipped |
| 18 U.S.C. 2422(b) | Attempted coercion and enticement of a minor to engage in sexual activity |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent David Alley, HSI - DHS
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

_____
*Judge's signature*

Date: _June 29, 2023_

City and state:  _Detroit, Michigan_

Hon. Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR AN ARREST WARRANT

I, Dave Alley, being first duly sworn, state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with Homeland Security Investigations (HSI), of the United States Department of Homeland Security (DHS).  I am assigned to the Special Agent in Charge (SAC), Office of Investigations (OI), in Detroit, Michigan with offices located at 477 Michigan Ave, Suite 1850, Detroit, Michigan. I have been employed with HSI since March 2007.  I have successfully completed the Criminal Investigator Training Program and the Immigration and Customs Enforcement Special Agent Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia. I have received a Bachelor's Degree in Criminal Justice from Michigan State University, as well as a Master's Degree in Criminal Justice from Michigan State University. I have successfully completed the Basic Computer Evidence Recovery Training (BCERT) at FLETC and the Advanced Computer Evidence Recovery Training at the Cyber Crimes Center (C3) and the Cyber Crime Center Mobile and Cellular Device Data Extraction course and possess an A+ certification. I have completed the ICAC Undercover Chat investigations training.

2.      This affidavit is made in support of a criminal complaint and arrest warrant for John Felkins (DOB XX/XX/1974) for violations of 18 U.S.C. 2252A(a)(2), which makes it a crime for any person to knowingly distribute child pornography, as well as violations of 18 U.S.C. 2422(b), which makes it a crime for any person to attempt the coercion and enticement of a minor to engage in sexual activity.

3.      This affidavit is based on my personal knowledge, experience and training as well as on information obtained by me through investigative observations and conversations with other HSI agents and agents from other law enforcement agencies.  This affidavit does not set forth every fact resulting from this investigation; rather, it contains a summary of the investigation to date for the limited purpose of establishing probable cause to obtain an arrest warrant for John Felkins.

## **Probable Cause**

4.      HSI Detroit is currently conducting chats on the mobile messaging application KIK in furtherance of child exploitation investigations. I, acting as an HSI undercover agents (UCA), was portraying myself as the father of an 8-year-old girl. On Thursday, June 22, 2023, KIK user ghostpawllc (vanity name Ian Donnachaidh) contacted me. The following is a verbatim, non-all-inclusive recording of the chats with KIK user ghostpawllc:

Ghostpawllc: Hello. Do you play with your daughter

UCA: Yeah *emoji*

Ghostpawllc: How long have you been playing with her?

UCA: Since she was 5

Ghostpawllc: Do you fuck all her holes

UCA: Just her mouth

Ghostpawllc: She is 8 though…

Ghostpawllc: I had mine trained for all 3 holes by 5.

UCA: Wow for real??

Ghostpawllc: Yup. Dog trained her at 4 and then gangbang trained her by 6. She is 7 now

UCA: Mmmm gonna let me see?

Ghostpawllc: What do you want to see

UCA: Dirtiest you have *emoji*

Ghostpawllc: I do not know you well enough for that. Do you have a pic of your daughter?

UCA: Ok fair

UCA: *UCA sends an age regressed photo of himself, with the gender swapped to look like a female child*

3

UCA: Hailey

UCA: Don't show anyone

Ghostpawllc: I wont.

Ghostpawllc: *send an image of a clothed prepubescent female child*

Ghostpawllc: Charlie

Ghostpawllc: Hailey looks like a great kid to train and fuck

UCA: Mmm yours too

UCA: Anything tame but naughty you can show me

Ghostpawllc: I only do real life. Pics can get you in trouble too easy

UCA: Ok

Ghostpawllc: Would you share Hailey or have her trained?

UCA: Ohhhh yes have rented her before

Ghostpawllc: How much?

UCA: $250 for oral

Ghostpawllc: Well what if I wanted to train her?

UCA: Mmmm do tell

Ghostpawllc: What if I made her a 3 hole fuck toy?

UCA: Mmm wow if you're real I'd say hell yeah

Ghostpawllc: I am very real. You are in MI

UCA: Yeah

Ghostpawllc: I am moving to MI in a few months

UCA: Oh yeah? *emoji*

Ghostpawllc: Yup. I could meet you both and talk with Hailey so she knows what I want to do

…

Ghostpawllc: How long can you get her away for?

UCA: Probably an overnight

Ghostpawllc: That is a good bit of training time. Does she enjoy sucking cock?

UCA: Sometimes

UCA: Sometimes have to force her

Ghostpawllc: Would you like her compliant

UCA: Always

Ghostpawllc: Do you want her gangbang ready?

UCA: I do sorry I just feel like you're too good to be true and this is roleplay

Ghostpawllc: Not role-playing. I will gladly meet for coffee or drinks

Ghostpawllc: It could just be us or you could bring Hailey.

Ghostpawllc: Just think about it and let me know. Being afraid is a good thing. Less likely you will get caught.

Ghostpawllc: If I made it up to MI in the next week would you want to meet?

Friday, June 23, 2023

Ghostpawllc: How are you doing today?

Monday June 26, 2023

UCA: Good *emoji*

Ghostpawllc: I made it up to MI.

Ghostpawllc: Checking out some land currently

UCA: Oh cool whereabouts

Ghostpawllc: In Taylor mostly. A few in Roman and Washington too.

UCA: Awesome

Ghostpawllc: Would you be up for coffee?

UCA: I'd have to know you're not a cop before thst sorry

Ghostpawllc: I am definitely not a cop. I can show you I am what i say I am. I just want the chance to train Hailey.

UCA: I would love that but can't risk jail lol

Ghostpawllc: Then just meet me without her. You can not go to jail for just talking. It is all hypothetical right?

Ghostpawllc: Would it help if you video her sucking my cock so you have leverage?

UCA: *emoji* would be so hot

Ghostpawllc: If you meet me with her you can send her to my car to suck my cock and I would video it and send it to you. Then you will know I am not a cop and that I am telling the truth

UCA: lol yeah but if you're a cop I just showed up with my kid

Ghostpawllc: She walked away from you. You didn't know where she went. You were looking everywhere for her.

Ghostpawllc: What do you need to know that I am not a cop

Ghostpawllc: We could meet at a park so there is a reason to have your kid there.

UCA: Maybe idk it's a huge risk without knowing you're legit?

Ghostpawllc: Then tell me what you need to show you I am legit

UCA: You collect and hardcore pics or vids

Ghostpawllc: Hell yeah.

UCA: Like what

Ghostpawllc: I have a couple of mega sites of cp and the downloads from our kik room.

Ghostpawllc: I even have a buddy that wants to fuck kids with me when I get my house up here

UCA: Mmmmm so hot

Ghostpawllc: Do you want me to share my mega links to prove I collect or share the chat with my buddy?

Ghostpawllc: Do you have any pics of Hailey I can stroke to?

Ghostpawllc: I can send $10 for the pics and that would constitute buying cp which is illegal. Would that show you I am not a cop?

UCA: Mmmmm how food are the mega Konkani

UCA: Links lol

Ghostpawllc: *sends a link to a MEGA folder ending in 4VNCYw. This link is known to me and contains child pornography that will be described below.

Ghostpawllc: See for yourself

Ghostpawllc: *sends a link to a MEGA folder ending in DgVHQ. This link is known to me and contains child pornography that will be described below.

Ghostpawllc: How do I know you are not a cop

UCA: Mmmm wow sorry was enjoying the videos lol

UCA: How long are you in Michigan for *emoji*

Ghostpawllc: I am here a few more days but I will be back up in a few weeks.

UCA: If we met on Wednesday I could bring Hailey *emoji*

Ghostpawllc: Meet where?

UCA: Kinda depends how the meeting is gonna go…

Ghostpawllc: How do you want it to go

Ghostpawllc: I am good just meeting or other things

UCA: How do yours normally go *emoji*

Ghostpawllc: If I am meeting for the first time I usually check out the skill level of the girl and talk to them about what the training will be link

UCA: What kinda skills to you test

Ghostpawllc: Oral. How tight their cunt and ass are.

UCA: Mmmmmm

UCA: She's never been penetrated

Ghostpawllc: Well if she is getting trained she will be.

UCA: *emoji*

UCA: Can you get us a hotel room

Ghostpawllc: Yes I can.

UCA: Wife would see it on our credit card if I bought it lol

Ghostpawllc: I understand. It would be my price to test the goods.

UCA: Book us a room for Wednesday and the goods will be there *emoji*

Ghostpawllc: Do you have an area you want to meet in?

UCA: Taylor is fine anywhere in metro Detroit works for me

…

Ghostpawllc: Oh. Ok. Then I will book a room and see you Wed.

UCA: Mmmm let me know where to be if you're serious

Ghostpawllc: I am very serious. I just hope you are not a cop

UCA: HELL no

Ghostpawllc: Ok. I will trust you

UCA: Cant wait let me know when you book it and were to be *emoji*

Ghostpawllc: I will. I will tell you where to be Wed.

UCA: What time are you thinking

Ghostpawllc: How long do you want to watch her get trained?

Ghostpawllc: Room booked for Wed.

Ghostpawllc: How do you keep her from telling?

UCA: Turned off my camera on my meeting lol too excited now

UCA: She knows not to, think's shell get in trouble

Ghostpawllc: How long do you want to watch her get trained?

UCA: Long as you can last *emoji*

UCA: Which hotel

Ghostpawllc: Lol. Quality Inn by the airport.

UCA: How long you think you're gonna *emoji*

Ghostpawllc: I can train her for hours actually

Ghostpawllc: How long can you stay

UCA: I can probably get most of the day

Ghostpawllc: Then that is how long I will train her.

Ghostpawllc: Early morning meet up?

UCA: What time are you thinking f

Ghostpawllc: 8 am?

UCA: Of?

UCA: Wife leave for work at 9 so probably couldn't get there until 10

Ghostpawllc: Then 10 it is

UCA: *emoji*

UCA: BRB have to pretend Im on this zoom call lol

Ghostpawllc: Ok

Ghostpawllc: Has she sucked your cock before?

UCA: She has *emoji*

Ghostpawllc: Do you want her to suck it Wed?

UCA: When is that last time you got to play with your dau

Ghostpawllc: A few weeks ago.

UCA: *emoji* ok actually brb

Ghostpawllc: Ok. Lol

….

Ghostpawllc: Are you bringing a camera?

UCA: Probably was just gonaa bring my perv phone

UCA: But no faces lol

Ghostpawllc: Thank you.

Ghostpawllc: Did you find out if you have any other pics of her?

UCA: No I must have deleted everything when I freaked out

*emoji*

UCA: Sorry about that but at least you know I'm careful lol

Ghostpawllc: I gotcha. Just wanted to check her out to plan things

UCA: Like what *emoji*

Ghostpawllc: How long it will take to stretch her holes and how much lube will be needed

……

UCA: Are you younger than me or older

Ghostpawllc: I am older

UCA: Cool that's even hotter

Ghostpawllc: Lol. It will be like training my granddaughter

UCA: May I ask how old? That's actually a turn on

Ghostpawllc: I am 49

…..

Ghostpawllc: If I am going to train her then I will be in control. Ready to have your cock sucked Wed?

UCA: What all is she gonna to do you first? I get to watch it all right?

Ghostpawllc: You get to watch everything.

Ghostpawllc: First will be games and putting her ar ease, then touching and fondling, then skills test and then the beginning of the training

UCA: Lets hear about the skills test

Ghostpawllc: First will be her oral skills and then what she knows about her body, how many fingers fit in her cunt and ass, where her clit is

….

UCA: Is it weird that I want you to control the situation completely?

Ghostpawllc: Then I will. If I stretch her enough you will stick your cock in her.

UCA: *emoji*

Ghostpawllc: Her ass most likely

UCA: Really??

Ghostpawllc: Yup. It stretches the easiest

Ghostpawllc: I will have her suck your cock on all fours so I can tongue fuck and finger her

UCA: *emoji* so dirty

5.      On June 26, 2023, I was able to observed the contents of the MEGA links sent by KIK user Ghostpawllc. A screenshot of ghostpawllc sending these links is below. The file path is known to me but edited out as the folder contains child pornography.



6.      During this review, I made the following observations:

a.  As to the MEGA link ending in 4VNCYw:

i. This link leads to a folder titled "young girls 1". A review of this revealed that the folder contained 1681 files. An edited screenshot of this folder is depicted below.



ii.  A number of these files were videos of obvious child

pornography. A small sample of these videos includes the

following:

    1. A video titled 1_4904828527200698429.mp4. This

       video is approximately 1:54 seconds in length and

       depicts a prepubescent female child removing her

       underwear and exposing her bare vagina with her legs

       spread. The child then rubs her bare vagina with her

       fingers

2. A video titled 1_4904978262645538861.mp4. This video depicts a minor female child being vaginally penetrated by an adult male penis

3. A video titled 1_5082843458352185408. This video depicts a prepubescent female child being vaginally penetrated by an adult male penis

4. I also observed numerous thumbnail previews for videos that were either clear or suspected video of child pornography.

b. As to the MEGA link ending in DgVHQ:

i. This link lead to a folder titled Tier3 Ten. This folder had four sub-folders, titled "00", "Lolita streams", telegram@teen907" and "tn" Within folder "00" there were folders titled "1" "2" "3" and "4". Within folder "2". Edited screenshots of this folder structure are depicted below.

17







ii. I Observed the following videos:

    1. A video titled VID-20171114-WA0089_ev.3gp. This
video is approximately 3 minutes and 14 seconds and
depicts a minor female child wearing a dog collar
performing oral sex on a male.

    2. A video titled nina peguina de lentes la manosean en
balsa sobre lago_ev.mp4. This video depicts a
prepubescent female child who appears under the age of

10 with her bare vagina exposed. A hand is then seen

with a finger going between this child's vaginal lips and

rubbing.

3. A video titled VID-20170521-WA0089_ev.mp4 . This

video is approximately 2 minutes and 13 seconds in

length and depicts a nude infant or toddler female

having her bare anus and vagina rubbed by an adult

female's hands. The female appears to penetrate the

child's anus during this video.

4. I also observed numerous thumbnail previews for videos

that were either clear or suspected video of child

pornography.

7.      On this same date, I served an emergency disclosure request to KIK

for basic subscriber information and IP addresses associated with KIK account

Ghostpawllc. KIK responded the same date with the following information:

    First Name: Ian
    Last Name: Donnachaidh
    Email: donachaide@hotmail.com (confirmed)
    Username: ghostpawllc

8.      I observed IP address 68.34.92.247 associated with this KIK account

over 850 times between June 10 and June 25, 2023. I contacted Comcast Cable to

request emergency disclosure of subscribe information associated with this IP address on June 25, 2023, at 23:06:29 UTC. This was the most recent IP timestamp associated with this account. Comcast verbally stated that the subscriber to this IP address was Tannith Felkins, residing at 59166 Hamilton Circle, Washington, MI.

9.     I further observed IP address 71.136.247.219 associated with this KIK account approximately 80 times between May 30 and June 4, 2023. Another HSI Special Agent contacted AT&T to request emergency disclosure of subscribe information associated with this IP address on May 31, 2023, at 00:15:33 UTC. AT&T verbally stated that the subscriber to this IP address was Todd Lavigne, residing at 12703 Wakea Dr, Madison, Alabama.

10.     Searching publicly available records and data sources, HSI Special Agents were able to determine that John Felkins (DOB XX/XX/1974) was associated with 12703 Wakea Dr, Madison, Alabama. These same records showed that email address DONACHAIDE@HOTMAIL.COM was associated with Felkins. This is the same email address provided by KIK in paragraph 19, and was listed as "confirmed". In their response to the Emergency Disclosure Request, KIK stated that email addresses may either be confirmed or unconfirmed. Confirmed means the user received a confirmation email from Kik and clicked the link within the email. Unconfirmed means that either the email address is invalid, or the user received the email but did not click on the link within the email.

11.     Felkins was found to have an expired Michigan driver's license that listed his legal name as John Felkins and his date of birth as 1974-02-11, matching the age provided by the KIK user Ghostpawllc in the above-listed chats.

12.     I was able to determine that there is a Quality Inn in Romulus near the Detroit Metro Airport. On this same date, I served HSI summons HSI-DT-2023-118315 on the Quality Inn in Romulus, MI. This summons requested all retained information to include names, addresses, dates of birth, social security numbers, methods of payment, phone numbers for any rooms rented by John Felkins (DOB 2/11/74). Quality Inn responded with a confirmation letter dated June 26, 2023 confirming a room reservation for John Felkins. This reservation was for a room with one Queen bed, and was scheduled for Felkins to arrive on Wednesday, June 28, 2023 and depart on Thursday, June 29, 2023.

13.     On June 27, 2023, at 3:08 am, Felkins stated "we are still on for Wednesday". Later that same date Felkins stated "I am still looking for a turtle but I found a reversible squishmallow. It is a cat and a koala." Felkins stated that he would "bring that one as a backup if I can't find another one." Later, Felkins requested a picture of this child in a dress, and later asked for "just one pic before you leave of Hailey in a dress with no panties on prove I am not walking into a set up." Felkins later stated that a video depicting "A video of her room and you

pulling out the dress will work".  That same date, I produced a video similar to the one requested.

14.     On June 27, 2023, the Honorable Patricia T. Morris, United States Magistrate Judge, authorized a search warrant for the person of John Felkins.

15.     I provided Felkins with a phone number controlled by law enforcement that he could contact me on. This phone number was utilized for this investigation and had not been used by me previously. On Wednesday, June 28, 2023 at 8:19AM, I was contacted on this number by telephone number 256-227-1093 asking "How far are you from the airport". The user of this number, determined to be Felkins later stated "Ok. Video include a clock so I know it was made this morning and head out in 20 minutes." I told Felkins that I was having trouble sending the video and offered to created a second KIK account to send it to him. I asked Felkins what his KIK username was and he stated "Ghostpawllc".

16.     On this date, HSI agents conducting surveillance on Felkins observed him drive to a Meijer in Warren, MI and enter the store. Felkins was later observed exiting the store with a white bag in his hand.

17.     On this same date, at approximately 0930, HSI agents observed an adult male matching the description of Felkins exit a gold Prius, license plate TN OUO 8L9 and enter the Quality Inn at 9555 Middlebelt, Romulus, MI. At approximately 0935, Felkins checked into the Quality Inn and provided a Georgia

Driver's license in the name of John Felkins, date of birth XX/XX/1974.  Agents

also heard Felkins identify himself while checking in and spell his last name.

18.   At approximately 0940, I, along with other HSI agents encountered

Felkins outside the door of his hotel room. Agents executed the search warrant for

Felkin's person and found a Samsung Galaxy Note 10 in his pocket. Felkins agreed

to talk to agents at this time. Felkins made the following post Miranda statements:

a.  Felkins confirmed that his name was John Felkins and that his date
    of birth was XX/XX/74. Felkins admitted ownership of KIK account
    ghostpawllc and email address donachide@hotmail.com. Felkins
    estimated that he created this KIK account three to four years ago.

b.  Felkins was asked for the password for his cellular phone so that it
    could be placed into airplane mode. Felkins offered to put the code
    in himself and later did so. I observed Felkins use the code 007300
    to unlock this device.

c.  Felkins stated that he had been in Michigan for approximately two
    weeks and that he was visiting his daughter. Felkins stated that it
    took him approximately an hour to get to the Quality Inn.

d.  Felkins stated that he was speaking with someone on KIK who said
    that he had a daughter and wanted to "meet up" to have her
    "trained" When asked what trained meant, Felkins stated "sexually

24

trained". When asked for examples of what that meant, Felkins stated that "I mean, it really would have depended on him" and "what he wanted for his daughter to be trained". Felkins estimated that he had been talking to this user for three or four days.

e. Felkins stated that he was in a "chat room" on KIK where this user had posted his age and what he was interest in. Felkins later admitted that child pornography had been posted in this chat room with the majority of the videos being "teens" and "probably about 17, maybe 18" and that there were a couple that were "a lot younger". Felkins estimated that the youngest he saw in this room was 8. Felkins later admitted that he stated in this room that his favorite age was "4" and that was what he told everybody.

f. Felkins admitted to sending the MEGA links referenced in paragraphs 5 and 6. Felkins initially denied knowing what was in these links then later admitted that he "went in and took a look at it." Felkins stated that there were "some" in there that he believed were underage and admitted that he knew these links contained child pornography and that he "did see some". Felkins stated that these links were posted in the chat room. Felkins stated that he believed

was the owner of these MEGA was in Europe, as they had asked him for money in pounds.

g.  When asked how many conversations he had had like this, Felkins stated "20, 30" but, when asked, claimed they were all fantasy. Felkins stated that he was talking to the mother of the child whose picture he sent me in paragraph 4 but denied that the conversation was sexual.  Felkins stated that all the other people he had talked to "never showed, backed out, deleted their accounts" and "ran". Felkins denied asking parents for pictures of children and stated that he had been sent normal pictures of children.

h.  Felkins admitted that he had a "squishmallow" and a turtle stuffed animal in his vehicle that he had purchased today at Meijer. Felkins also admitted to purchasing "Aquaphor" lotion for his tattoos.

i.  Felkins admitted to watching 15 to 20 videos from the MEGA links referenced above. Felkins estimated that the youngest child depicted that he observed was 12. Felkins denied masturbating to child pornography.

j.  Felkins stated that he showed up at the hotel out of curiosity. Felkins stated that, if a father with an 8-year-old child had been there, his plan would have been to talk to them. When asked if he was

prepared to have sex with an 8-year-old child, Felkins stated no, and that he had "no idea" what he would have done. Felkins later stated "this situation, all me. I got you. It's nobody else's fault".

19.     During this interview, Felkins provided consent to search his vehicle. During the search of this vehicle HSI agents recovered, among other things, a Meijer bag containing a turtle stuffed animal, a "squishmellow" stuffed animal and a tube of Aquaphor healing ointment. Agents also found additional stuffed animals, three coils of rope, numerous knives and a child's blanket.

20.     A preliminary review of Galaxy Note 10 belonging to Felkins revealed that the KIK application was installed on his phone and the username ghostpawllc was logged in. ghostpawllc was found to be a member of KIK room hurt.cor, vanity name Christian Helpline. A review of this room showed videos of child pornography that an HSI computer forensic agent (CFA) was able to click on and view, to include

a. Video of a nude minor female, approximately five to seven years of age, on her hands and knees with two nude adult males. One adult male is behind the minor female with his hands on her hips appearing to thrust his penis into the minor female. The other adult

male is in front of the child with his penis in the minor female's mouth.

21.     This CFA also observed the application "Wire" installed on this phone with a username of Dreamwalker @ghst_dsr69. Contained within this application, the CFA the following observed a video of child pornography:

   a. A 14 second video of a minor female approximately seven to nine years of age on her hands and knees facing the camera with a black top and green plaid skirt. The minor female turns around to expose her vagina under her skirt.

This video was sent by user Dreamwalker to a user named Savory Gold on June 25, 2023.

*(This space left intentionally blank)*

## **CONCLUSION**

22.     John Felkins (DOB XX/XX/1974) for violations of 18 U.S.C. 2252A(a)(2), which makes it a crime for any person to knowingly distribute child pornography, as well as violations of 18 U.S.C. 2422(b), which makes it a crime for any person to attempt the coercion and enticement of a minor to engage in sexual activity.   I request that the Court authorize the issuance of a criminal complaint and arrest warrant for John Felkins.

Respectfully submitted,

David M Alley, Special Agent
Homeland Security Investigations

Sworn to before me and signed in my
presence and/or by reliable electronic means.

HON. ANTHONY P. PATTI
UNITED STATES MAGISTRATE JUDGE

Date:   June 29, 2023